IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41021
Conference Calendar
_____

JOE REEVES,

                                        Plaintiff-Appellant,

versus

FRANK NOVAK; ARTHUR VELASQUEZ, Warden;
WAYNE SCOTT, DIRECTOR, TEXAS DEP'T OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
J. LOTTS; G. HEARD,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CV-25
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

    The motion of Joe Reeves, Texas prisoner #541205, for leave to proceed *in forma pauperis* (IFP) on appeal is GRANTED.

    Regarding Reeves's contentions that prison employees were deliberately indifferent to his need for protection and that prison employee Frank Novak was negligent, we have reviewed Reeves's brief and the record and we find that the district court

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

did not abuse its discretion by dismissing Reeves's complaint as frivolous. Reeves has failed to brief any of the other issues he lists as issues in his brief. *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Reeves's appeal is without arguable merit and is dismissed as frivolous. *See Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983).

Pursuant to the Prison Litigation Reform Act (PLRA), we assess no initial partial filing fee against Reeves. However, Reeves henceforth shall make monthly payments of twenty percent of the preceding month's income credited to his account. *See* 28 U.S.C. § 1915(b). The agency having custody of Reeves is directed to forward payments from his prisoner account to the clerk of the district court each time the amount in his account exceeds $10 until the appellate filing fee of $105 is paid. *Id.*

APPEAL DISMISSED. 5TH CIR. R. 42.2.